UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:98-CR-353-T-24TGW

KHADIS BENNETT

## JOINT STIPULATION REGARDING RETROACTIVE APPLICATION
## OF REVISED COCAINE BASE SENTENCING GUIDELINES

Pursuant to the Court's order dated July 15, 2008, the United States of America, by and through A. Brian Albritton, United States Attorney for the Middle District of Florida, and the defendant, Khadis Bennett, by and through his attorney, Leonard Clark, hereby stipulate and agree as follows:

1.      The supplemental report prepared by the United States Probation Office for the Middle District of Florida (hereinafter "supplemental PSR"), dated August 14, 2008, correctly states that, pursuant to 18 U.S.C. § 3582(c)(2),  the defendant is eligible for a reduction in his previously-imposed term of imprisonment.

2.      The supplemental PSR correctly states that, pursuant to USSG §1B1.10, the retroactive application of Amendments 706 and 711 to the United States Sentencing Guidelines (i.e., the revised cocaine base sentencing guidelines) makes the defendant eligible for a reduction in (his or her) sentence to a total term of imprisonment of 180 months.  Therefore, pursuant to 18 U.S.C. § 3582(c)(2), the Court may adjust the defendant's previously-imposed sentence by reducing it by up to 30 months.

3.     The defendant requests that the Court exercise its discretion, under 18 U.S.C. § 3582(c)(2) and USSG §1B1.10, to adjust the defendant's previously-imposed sentence by reducing it by 30 months.  The United States does not oppose this request.

4.     USSG §1B1.10(b)(2)(C) provides:  "In no event may the reduced term of imprisonment be less than the term of imprisonment that the defendant already has served."  Therefore, in the event that the Court reduces the defendant's sentence, the parties request that the Court's order provide that the defendant's revised term of imprisonment is a specified number of months, or time-served, whichever is greater.

5.     The parties have entered into this stipulation to expedite the proceedings in this matter.  In light of the stipulation, the parties have not briefed various legal and factual issues that they would have addressed had this agreement not been reached.  Therefore, the parties reserve the right to raise additional legal and factual arguments if the Court rejects this stipulation.

6.     If the Court enters an order consistent with this stipulation, the parties do not request a hearing in this matter.  Under Fed. R. Crim. P. 43(b), a defendant need not be present if the proceeding involves a reduction of sentence under 18 U.S.C. § 3582(c).

7.     The United States requests that any order reducing the defendant's sentence provide that the defendant not be released sooner than ten calendar days after the entry of the order.  Such a delay will ensure that the Bureau of Prisons has sufficient time to:    (a) review the defendant for possible civil commitment as a sexually dangerous person, as required by 18 U.S.C. § 4248; (b) notify victims and witnesses of the release of the defendant, as required by 18 U.S.C. § 3771; (c) notify law

2

enforcement officials and sex offender registration officials of the release any defendant who is a violent or sex offender, as required by 18 U.S.C. § 4042(b) and (c); (d) collect DNA samples from the defendant, as required by 42 U.S.C. § 14135a; and (e) to the extent possible, establish a release plan for the defendant.  The defendant opposes this request.

DATED this 17th day of October, 2008.


DONNA ELM                                        A. BRIAN ALBRITTON
Federal Public Defender                          United States Attorney


By:   s/ Leonard Clark                              s/ Laurel F. Moore
      LEONARD CLARK                                LAUREL F. MOORE
      Assistant Federal Public Defender           Assistant United States Attorney
      Florida Bar Number 0657808                  Florida Bar Number 0177581
      400 North Tampa Street, Suite 2700          400 North Tampa Street, Suite 3200
      Tampa, Florida  33602                       Tampa, Florida  33602
      Telephone:   (813) 228-2715                 Telephone: (813) 274-6323
      Facsimile:    (813) 288-2562                Facsimile:  (813) 274-6103
      E-mail:  leonard_clark@fd.org               E-mail:  laurel.moore@usdoj.gov